IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF TEXAS

BEAUMONT DIVISION

| | | |
|---|---|---|
| PERRY HILL | § | |
| VS. | § | CIVIL ACTION NO. 1:22-CV-530 |
| ZENA STEPHENS, *et al.*, | § | |

REPORT AND RECOMMENDATION
OF UNITED STATES MAGISTRATE JUDGE

Plaintiff, Perry Hill, a pre-trial detainee confined at the Jefferson County Correctional Facility, proceeding *pro se*, filed this civil rights action pursuant to 42 U.S.C. § 1983 against Defendants Zena Stephens, Sheriff, FNU Shawnburger, Chief, and FNU Guillory, Major of Jefferson County Correctional Facility.

The above-styled action was referred to the undersigned magistrate judge pursuant to 28 U.S.C. § 636 and the Amended Order for the Adoption of Local Rules for the Assignment of Duties to the United States Magistrate Judge for findings of fact, conclusions of law, and recommendation for the disposition of the case.

Background

This complaint was severed from civil action number 1:22-CV-358 on November 17, 2022 (doc. # 1). On December 29, 2022, the undersigned ordered the Clerk of Court to mail Plaintiff a copy of the *in forma pauperis* application for prisoners (doc. # 3). The order gave Plaintiff twenty (20) days to complete and return the form. *Id.* Plaintiff received a copy of the order on January 11, 2023 (doc. # 4). More than ample time has passed, yet the court has yet to receive the filing fee and/or an application to proceed *in forma pauperis*, accompanied with a certified income trust statement for the preceding six month period. Plaintiff has failed to comply with this court's order and has failed to otherwise communicate with the court.

Discussion

Federal Rule of Civil Procedure 41(b) authorizes a district court to dismiss an action for failure to prosecute or for failure to comply with any court order. *Larson v. Scott*, 157 F.3d 1030,

1031 (5th Cir. 1998).  "This authority [under Rule 41(b)] flows from the court's inherent power to control its docket and prevent undue delays in the disposition of pending cases."  *Boudwin v. Graystone Insurance Co., Ltd.*, 756 F.2d 399, 401 (5th Cir. 1985) (citing *Link v. Wabash, R.R. Co.*, 370 U.S. 626, 629 (1962)).  Plaintiff has failed to comply with this court's order and has failed to prosecute this case.

### Recommendation

This civil rights action filed pursuant to 42 U.S.C. § 1983 should be dismissed for want of prosecution pursuant to Federal Rule of Civil Procedure 41(b).

### Objections

Within fourteen (14) days after receipt of the magistrate judge's report, any party may serve and file written objections to the findings of facts, conclusions of law and recommendations of the magistrate judge.  28 U.S.C. § 636(b)(1)(c).

Failure to file written objections to the proposed findings of facts, conclusions of law and recommendations contained within this report within fourteen (14) days after service shall bar an aggrieved party from the entitlement of *de novo* review by the district court of the proposed findings, conclusions and recommendations and from appellate review of factual findings and legal conclusions accepted by the district court except on grounds of plain error.  *Douglass v. United Servs. Auto. Ass'n.,* 79 F.3d 1415, 1417 (5th Cir. 1996) (en banc); 28 U.S.C. § 636(b)(1); FED. R. CIV. P. 72.

SIGNED this 27th day of March, 2023.

_____
Zack Hawthorn
United States Magistrate Judge